JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                 Plaintiff,                 )<br>                                                     )<br>          vs.                                    )<br>                                                     )<br>PATRICK PRESCOTT, and       )<br>OSCAR SANABRIA.              )<br>                                                     )<br>                 Defendants.            )<br>                                                     ) | NO.  CR07-5819BHS<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to June 11, 2008.

DONE this 28th day of May, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:
*/S/ Russell V. Leonard*
 Russell V. Leonard
Attorney for Defendant

*/s/ Roger Hunko*
Roger Hunko
Attorney for Oscar Sanabria

/s/ Kent Y. Liu
Kent Y. Liu
Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE        1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710