UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OSCAR SANABRIA,

       Defendant.

CASE NO. CR07-5819BHS

MINUTE ORDER

NOW, on this 18th day of June, 2008, the Court directs the Clerk to enter the following Minute Order:

On May 21, 2008, Plaintiff filed a Motion to Suppress. Dkt. 25. On June 10, 2008, Plaintiff filed a Motion to Table the Motion to Suppress. Dkt. 30. The Court will consider the Motion to Table the Motion to Suppress as a withdrawal of the Motion to Suppress. The Motion to Suppress will remain on the electronic docket, but will not be ruled on.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

                                             /s/ Rhonda Miller
                                             Rhonda Miller
                                             Courtroom Deputy

MINUTE ORDER